**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 764 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| THOMAS MICHAEL LUTZ-MORRISON, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

    (1)    Whether [Petitioner] is subject to lifetime reporting requirements pursuant to 42 Pa.C.S.A[.] § 9799.15.